UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

WEST CLARK

CIVIL ACTION

No. 07-910-JJB-DLD

## RULING

This motion is before the court as a Motion for Summary Judgment (Doc. 6) filed by the Plaintiff, United States of America. Defendant has not filed a response. There is no need for oral argument.

## FACTUAL BACKGROUND

In September 2005, Defendant fraudulently filed an application with FEMA for Hurricane Katrina disaster relief benefits. Clark claimed his residence at the time of the storm was in Harvey, Louisiana, when in actuality, Clark's residence at the time of the storm was in Baton Rouge, Louisiana. As a result of Defendant's false application, FEMA dispersed a $2,000 check to Clark. Subsequently, Clark received the check and cashed it.

In July 2007, Defendant entered into a plea agreement with the government to the Count of illegal conversion of government property in violation of 18 U.S.C. § 641. Two months later, the Court entered judgment against Clark. In November 2007, Plaintiff brought this action to recover treble damages and civil penalties under the False Claims Act (FCA).

## ANALYSIS

The same conduct for which Clark was sentenced in September meets the requirements for

1

a civil false claim under subparts (a)(1) and (a)(2) of section 3729 of the FCA. The doctrine of collateral estoppel precludes Clark from contesting his liability in the civil suit. His prior criminal conviction is enough to prove his civil liability on that claim. *United States v. Thomas*, 709 F. 2d 968 (5th Cir. 1983)[1].

The court may impose either double or treble damages under section 3729 of the FCA. Since Defendant did not furnish information about his filing of the false claim to federal authorities at the time the criminal investigation into Defendant's fraudulent claim began, he is not eligible for double damages under section 3729(a)(1) or (a)(2). Therefore treble damages should be imposed. There is no dispute as to the amount of loss to the government. Defendant's criminal judgment establishes the amount of FEMA loss at $2,000. Therefore the treble damages would amount to $6,000 ($2,000 x 3). In conjunction with the damages, the court must access a penalty in an amount not less than $5,500 nor exceeding $11,000. The Court finds that a penalty of $5,500 is sufficient in this matter.

Accordingly, Plaintiff's motion for summary judgment is GRANTED. Defendant is ordered to pay $6,000 in treble damages, a penalty of $5,500 plus interest, and all allocable costs.

Baton Rouge, Louisiana. May 29th, 2008

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Codified in 3731(d) of the FCA also.