UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
LE DIST. OF LA

MAY 30 A 10: 26

BY DEPUTY CLERK

UNITED STATES OF AMERICA

VERSUS

WEST CLARK

CIVIL ACTION

NO. 07-910-JJB

## JUDGMENT

For written reasons assigned,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of the United States of America against defendant West Clark, in the amount of $6,000 in treble damages and $5,500 in statutory penalties plus interest and costs as permitted by law.

Baton Rouge, Louisiana, May 29, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA